RECEIVED

APR 1 9 2022

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-049 |
| v. | INDICTMENT |
| SHANE WILLIAM BUTLER, and ASHLEY MARIE BUTLER, | T. 18 U.S.C. § 2 <br> T. 18 U.S.C. § 2251(a) <br> T. 18 U.S.C. § 2251(e) |
| Defendants. | T. 18 U.S.C. § 2252A(a)(1) <br> T. 18 U.S.C. § 2252A(a)(2) <br> T. 18 U.S.C. § 2252A(a)(5)(B) <br> T. 18 U.S.C. § 2252A(b)(1) <br> T. 18 U.S.C. § 2252A(b)(2) <br> T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Produce Child Pornography)

**The Object of the Conspiracy**

1. From in or around June 2021 to in or around December 2021, in the Southern District of Iowa, the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, did combine, conspire, confederate, and agree with each other, to produce child pornography, that is, to employ, use, persuade, induce, entice, and coerce Minor Victim 1, a person under the age of 18, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

**Means and Methods of the Scheme**

2. In at least one instance the unlawful production of child pornography was to be accomplished by the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, using the following means and methods, among others:

a. The defendant, ASHLEY MARIE BUTLER, would use, employ, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, by promising to pay Minor Victim 1 in exchange for Minor Victim 1 engaging in sexually explicit conduct, threatening Minor Victim 1 would not be permitted to see their siblings if Minor Victim 1 refused to engage in sexually explicit conduct, and providing Minor Victim 1 with alcohol prior to Minor Victim 1 engaging in sexually explicit conduct.

b. The defendant, ASHLEY MARIE BUTLER, would employ the use of a cellular telephone, which had been shipped and transported in interstate commerce, for the purpose of taking and storing digital images of Minor Victim 1 engaging in sexually explicit conduct, to include masturbation, and lascivious exhibit of the genitals and pubic area of any person.

c. The defendant, ASHLEY MARIE BUTLER, would employ the use of cellular telephones and a memory card reader, which had been shipped and transported in interstate commerce, to transport digital images of Minor Victim 1 engaging in sexually explicit conduct to the defendant, SHANE WILLIAM BUTLER.

d. In at least one instance the unlawful production of child pornography was to be accomplished by the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, using the following means and methods, among others:

e. The defendant, ASHLEY MARIE BUTLER, would use, employ, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit

2

conduct for the purpose of producing any visual depiction of such conduct, by promising to pay Minor Victim 1 in exchange for Minor Victim 1 engaging in sexually explicit conduct, threatening Minor Victim 1 would not be permitted to see their siblings if Minor Victim 1 refused to engage in sexually explicit conduct, and providing Minor Victim 1 with alcohol prior to Minor Victim 1 engaging in sexually explicit conduct.

f. The defendant, SHANE WILLIAM BUTLER, would engage in sexually explicit conduct with Minor Victim 1, to include sexual intercourse, masturbation, and lascivious exhibit of the anus, genitals, and pubic area of any person. Defendant ASHLEY MARIE BUTLER would engage in sexually explicit conduct with Minor Victim 1, to include masturbation, and lascivious exhibit of the anus, genitals, and pubic area of any person.

g. The defendant, ASHLEY MARIE BUTLER, would employ the use of cellular telephones and a memory card reader, which had been shipped and transported in interstate commerce, for the purpose of taking and storing digital images of herself and the defendant, SHANE WILLIAM BUTLER, engaging in sexually explicit conduct with Minor Victim 1.

## Overt Acts

3. In furtherance of the conspiracy, and to affect its object, the following overt acts, among others, were committed in the Southern District of Iowa.

4.   On or about June 12, 2021, the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, accompanied Minor Victim 1 to a bedroom at the defendants' residence located in the 2700 block of Fleur Drive in Des Moines, Iowa.

5.   On or about June 12, 2021, the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, engaged in sexually explicit conduct with Minor Victim 1.

6.   On or about June 12, 2021, the defendant, ASHLEY MARIE BUTLER used a cellular telephone, which had been shipped and transported in interstate commerce, to take, record, and store digital images of herself and the defendant, SHANE WILLIAM BUTLER, engaging in sexually explicit conduct with Minor Victim 1.

7.   On or about August 4, 2021, the defendant, SHANE WILLIAM BUTLER, engaged in sexually explicit conduct with Minor Victim 1.

8.   On or about August 4, 2021, the defendant, ASHLEY MARIE BUTLER, used a cellular telephone, which had been shipped and transported in interstate commerce, to take, record, and store digital images of the defendant, SHANE WILLIAM BUTLER, engaging in sexually explicit conduct with Minor Victim 1.

9.   On or about September 11, 2021, the defendant, ASHLEY MARIE BUTLER, persuaded Minor Victim 1 to engage in sexually explicit conduct, to include masturbation and lascivious exhibit of the genitals and pubic area of any person.

10.   On or about September 11, 2021, the defendant, ASHLEY MARIE BUTLER, used a cellular telephone, which had been shipped and transported in

interstate commerce, to take, record, and store digital images of Minor Victim 1 engaging in sexually explicit conduct.

11. On or about September 11, 2021, the defendant, ASHLEY MARIE BUTLER, used cellular telephones and a memory card reader, which had been shipped and transported in interstate commerce, to transport digital images of Minor Victim 1 engaging in sexually explicit conduct to the defendant, SHANE WILLIAM BUTLER.

12. On or about December 24, 2021, the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, engaged in sexually explicit conduct with Minor Victim 1.

13. On or about December 24, 2021, the defendant, ASHLEY MARIE BUTLER, used a cellular telephone, which had been shipped and transported in interstate commerce, to take, record, and store digital images of herself and the defendant, SHANE WILLIAM BUTLER, engaging in sexually explicit conduct with Minor Victim 1.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Sexual Exploitation of a Child)**

On or about June 12, 2021, in the Southern District of Iowa, the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 20210612_001306.mp4, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Sexual Exploitation of a Child)**

On or about June 12, 2021, in the Southern District of Iowa, the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 20210612_001604_1_1.mp4, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 4
### (Sexual Exploitation of a Child)

On or about August 4, 2021, in the Southern District of Iowa, the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 20210804_231134_2_1_1_1.mp4, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 5
### (Sexual Exploitation of a Child)

On or about September 11, 2021, in the Southern District of Iowa, the defendant, ASHLEY MARIE BUTLER, did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 20210911_002358.mp4, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Sexual Exploitation of a Child)

On or about December 24, 2021, in the Southern District of Iowa, the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely a file titled 20211224_163127.mp4, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (Transportation of Child Pornography)

On or about September 11, 2021, in the Southern District of Iowa, the defendant, ASHLEY MARIE BUTLER, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a file titled 20210911_002358.mp4, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 8**
**(Receipt of Child Pornography)**

On or about September 11, 2021, in the Southern District of Iowa, the defendant, SHANE WILLIAM BUTLER, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 9**
**(Possession of Child Pornography)**

On or about February 20, 2022, in the Southern District of Iowa, the defendant, ASHLEY MARIE BUTLER, did knowingly possess, on SM-N986U Galaxy Note 20 Ultra 5G, serial number IMEI 356556777348989, material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 10**</u>
**(Possession of Child Pornography)**

On or about February 20, 2022, in the Southern District of Iowa, the defendant, SHANE WILLIAM BUTLER, did knowingly possess, on SM-N986U Galaxy Note 20 Ultra 5G, serial number IMEI 356556777343360, material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
### (Possession of Child Pornography)

On or about February 20, 2022, in the Southern District of Iowa, the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, did knowingly possess, on a black micro SD card bearing the words "FLASHCARD" and "16GB" that was located inside of a black Dynex memory card reader seized from a residence located in the 1900 block of SE King Avenue in Des Moines, Iowa on February 20, 2022, material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2.

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

If the defendants, SHANE WILLIAM BUTLER and ASHLEY MARIE BUTLER, are convicted of Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 and/or 11 of this Indictment, they shall forfeit to the United States their interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to, SM-N986U Galaxy Note 20 Ultra 5G, serial number IMEI 356556777348989; SM-N986U Galaxy Note 20 Ultra 5G, serial number IMEI 356556777343360; and black micro SD card bearing the words "FLASHCARD" and "16GB" that was located inside of a black Dynex memory card reader seized from a residence located in the 1900 block of SE King Avenue in Des Moines, Iowa on February 20, 2022.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Amy L. Jennings
Assistant United States Attorney