IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHANE WILLIAM BUTLER,<br><br>    Defendant. | 4:22-cr-00049-SMR-HCA-1<br><br>ORDER DENYING SECOND<br>MOTION TO MODIFY<br>NO CONTACT ORDER |

On September 23, 2022, Defendant Shane Butler filed a Second Motion to Modify No Contact Order. ECF No. 63. On September 29, 2022, the Government resisted. ECF No. 65.

When the Court denied the first motion to modify the No Contact Order, the Court noted the seriousness of the charges and Defendants' detention as reasons to keep the No Contact Order in place. Order of July 25, 2022, ECF No. 49. Nothing has changed except the Defendants have entered guilty pleas. Defendants await sentencing, and their guilty pleas do not make the concerns raised by the Government moot. For the foregoing reasons,

Second Motion to Modify No Contact Order is **denied**.

IT IS SO ORDERED.

Dated September 30, 2022.

Helen C. Adams
Chief U.S. Magistrate Judge