IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

- - - - - - - - - - - - - - X
UNITED STATES OF AMERICA, :
                          :
    Plaintiff,            :
                          :
vs.                       :     Case No. 4:22-cr-00049
                          :
SHANE WILLIAM BUTLER,     :     <u>SENTENCING HEARING TRANSCRIPT</u>
                          :
    Defendant.            :
- - - - - - - - - - - - - - X

                            Courtroom, First Floor
                            U.S. Courthouse
                            123 East Walnut Street
                            Des Moines, Iowa
                            Monday, December 12, 2022
                            11:37 a.m.

BEFORE:  THE HONORABLE STEPHANIE M. ROSE, Chief Judge.

APPEARANCES:

For the Plaintiff:        AMY L. JENNINGS, ESQ.
                            United States Attorney's Office
                            U.S. Courthouse Annex
                            110 East Court Avenue, Suite 286
                            Des Moines, Iowa  50309

For the Defendant:        ANDREW J. GRAEVE, ESQ.
                            Federal Public Defender's Office
                            400 Locust Street, Suite 340
                            Des Moines, Iowa  50309

                      KELLI M. MULCAHY, CSR, RDR, CRR
                        United States Courthouse
                  123 East Walnut Street, Room 115
                      Des Moines, Iowa 50309

I N D E X

VICTIM IMPACT STATEMENT                                  PAGE

Minor Victim 1                                           17

E X H I B I T S

| DEFENDANT'S EXHIBITS | OFFERED | RECEIVED |
|---|---|---|
| A - Decker letter of support | 25 | 25 |
| B - Miller letter of support | 25 | 25 |
| C - Epstein letter of support | 25 | 25 |
| D - Broadlawns records - 6/4/1993 | 24 | 24 |
| E - Broadlawns records - 6/8/1993 | 24 | 24 |
| F - Broadlawns records - 6/28/1993 | 24 | 24 |
| G - Mercy Medical Center records - 6/25/2002 | 24 | 24 |
| H - Mercy Franklin Center records - 7/1/2002 | 24 | 24 |
| I - Broadlawns record - 5/27/2008 | 24 | 24 |
| J - Green note - 3/3/2009 | 24 | 24 |
| K - Broadlawns records - 7/14/2008 | 24 | 24 |

1                      P R O C E E D I N G S

2              (In open court, with the defendant present.)

3              THE COURT: Thank you. You can be seated.

4              We are here in the matter of United States vs. Shane William Butler. It's Case No. 4:22-cr-49. The United States Probation Office is represented by both Mackenzie Miller and Catherine Hollinrake. The United States Attorney's Office is represented by Amy Jennings, and she is joined by Special Agent Chris Thomas. The defendant is personally present and represented by his attorney, Andrew Graeve.

              Mr. Butler, do you recall being in court in August and pleading guilty to two crimes; conspiracy to produce child pornography and sexual exploitation of a child?

              THE DEFENDANT: Yes, Your Honor.

              THE COURT: And I assume you recall that each of these offenses is punishable by at least 15 years and up to 30 years in prison, at least 5 years and up to life on supervision, a fine of up to $250,000, and a $100 special assessment.

              Do you remember those penalties?

              THE DEFENDANT: Yes, Your Honor.

              THE COURT: And you understand you're here today to be sentenced?

              THE DEFENDANT: Yes.

              THE COURT: All right. I have received and read the presentence report. The most recent report is dated November

1  29th of 2022, and it's filed at Docket 78.  I have also read the
2  sentencing memorandums and letters of support filed at Dockets
3  68, 69, and 70, as well as the victim impact statement that was
4  provided to me by the Government.
5        Ms. Jennings, did you have a chance to review the
6  presentence report on behalf of the United States?
7        MS. JENNINGS:  Yes, Your Honor.
8        THE COURT:  And it looks like there are at least three
9  issues to be resolved today:  First, whether a four-level
10 increase applies under 2G2.2(b)(4); second, whether a separate
11 group on a multi-count adjustment should be applied and the
12 resulting increase; and, third, whether an adjustment under
13 4B1.5 should be applied for a pattern of prohibited sexual
14 conduct.
15       Aside from these issues and any variances requested,
16 anything else to be resolved for the Government today?
17       MS. JENNINGS:  No, Your Honor.
18       THE COURT:  Thank you, Ms. Jennings.
19       Mr. Greave, did you have a chance to review the
20 presentence report with your client?
21       MR. GRAEVE:  I did, Your Honor.
22       THE COURT:  Can you briefly outline the process you
23 used to do so?
24       MR. GRAEVE:  Certainly, Your Honor.  When I received a
25 draft of the presentence report from Ms. Miller, I took the

1  draft presentence report to the Polk County Jail, and I reviewed
2  that report with Mr. Butler.  I then submitted an objection
3  letter.  Ms. Miller considered that objection letter.  She made
4  some amendments.  Some things she did not change are the basis
5  for my objections that I have outlined in the sentencing
6  memorandum.
7          But we then received a final draft of the presentence
8  report, and in the past week, I have reviewed that final draft
9  with Mr. Butler in an in-person visit in Polk County Jail, and
10 also we generally discussed it over iWeb visits.
11         THE COURT:  Any issues to be resolved today, other than
12 the ones I outlined with Ms. Jennings?
13         MR. GRAEVE:  Those three guidelines issues, Your Honor,
14 and there is one issue that I emailed Ms. Jennings and
15 Ms. Miller about toward the end of last week about one objection
16 to a condition of supervised release, which we will get to at
17 that point.
18         THE COURT:  Which is that?
19         MR. GRAEVE:  That would be paragraph 162, Your Honor.
20         THE COURT:  Which one is that?
21         MR. GRAEVE:  That is to the condition that prohibits
22 any contact with the victim or the victim's family.  To the
23 extent that that applies to Ashley Butler, that's what we'd be
24 objecting to, is carving out that condition so that contact can
25 be made by Mr. Butler with his wife, Ashley Butler.

1          THE COURT:  Okay.  All right.  Thank you.
2          Mr. Butler, did you have enough time to review your
3  presentence report with your lawyer?
4          THE DEFENDANT:  Yes, Your Honor.
5          THE COURT:  Was he able to answer any questions you may
6  have had?
7          THE DEFENDANT:  Yes, he was.
8          THE COURT:  Have you been happy with him as your
9  lawyer?
10         THE DEFENDANT:  Yes, I have been.
11         THE COURT:  All right.  Then let's talk about those
12 contested guideline issues.  And because of the nature of these
13 issues and the discussions that we're going to have to have, I
14 am going to seal the remainder of this sentencing transcript in
15 order to protect the identity and the privacy of the victim.
16         (Page 6, line 16, through page 37, line 13, are
17 contained in a separate transcript filed under seal.)
18
19
20
21
22
23
24
25

C E R T I F I C A T E

I, Kelli M. Mulcahy, a Certified Shorthand Reporter of the State of Iowa and Federal Official Realtime Court Reporter in and for the United States District Court for the Southern District of Iowa, do hereby certify, pursuant to Title 28, United States Code, Section 753, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated at Des Moines, Iowa, this 15th day of January, 2023.

*Kelli M. Mulcahy*
Kelli M. Mulcahy, CSR, RDR, CRR
Federal Official Court Reporter